MARTIN E. BLOOM, Respondent, *v.* FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellant, Impleaded with Another.

(Argued October 27, 1932; decided November 22, 1932.)

*Joseph F. Murray* for appellant.

*David S. Edgar, Jr.,* and *Philip V. Manning* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, O'BRIEN, HUBBS and CROUCH, JJ. Dissenting: LEHMAN and KELLOGG, JJ.